1  Dean N. Kawamoto (SBN 232032)
2  KELLER ROHRBACK L.L.P.
   1201 Third Avenue, Suite 3200
3  Seattle, WA 98101-3052
   (206) 623-1900, Fax (206) 623-3384
4  dkawamoto@kellerrohrback.com

5  *Attorneys for Plaintiff Mesa Public Schools*

6  *Additional counsel listed on signature page*

7

8  
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
9                         OAKLAND DIVISION

10

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR-TSH |
|---|---|
|  | MDL No. 3047 |
| THIS DOCUMENT RELATES TO: | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| *Mesa Public Schools v. Meta Platforms, Inc. et al.,* Case No. 4:23-cv-00904 |  |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Mesa Public Schools, by and through its undersigned counsel, voluntarily dismisses its claims in this action without prejudice, without costs to any party.

DATED this 11th day of December, 2023.

                                KELLER ROHRBACK L.L.P.


                                By _____
                                    Dean Kawamoto (SBN 232032)
                                    Lynn Lincoln Sarko (admitted *pro hac vice*)
                                    Gretchen Freeman Cappio (admitted *pro hac vice*)
                                    Cari C. Laufenberg (admitted *pro hac vice*)
                                    Derek W. Loeser (admitted *pro hac vice*)
                                    Garrett Heilman (admitted *pro hac vice*)
                                    Felicia Craick (admitted *pro hac vice*)
                                    Chris Ryder (admitted *pro hac vice*)

1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900
Fax (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com
dloeser@kellerrohrback.com
dkawamoto@kellerrohrback.com
gheilman@kellerrohrback.com
fcraick@kellerrohrback.com
cryder@kellerrohrback.com

Chris Springer
Keller Rohrback L.L.P.
801 Garden St., Suite 301
Santa Barbara, CA 93101
(805) 456-1496
Fax: (805) 456.1497
cspringer@kellerrohrback.com

Ron Kilgard (*pro hac vice*)
Keller Rohrback, L.L.P.
3101 N. Central Avenue, Suite 1400
Phoenix, AZ 85012-2646
602-248-0088
Fax: 602-230-6360 (fax)
rkilgard@kellerrohrback.com

Joseph C. Tann (*pro hac vice*)
LAW OFFICE OF JOSEPH C. TANN, PLLC
7735 N. Seventy-Eighth Street
Scottsdale, AZ 85258
P: 602.432.4241
E: josephtann@josephtann.com

**Attorneys for Plaintiff Mesa Public Schools**

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023, I electronically served the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

*/s/ Dean Kawamoto*
Dean Kawamoto